IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAZEL LEE MILES**                                                                                   PLAINTIFF

v.                             Case No. 4:21-cv-00072 KGB

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**                                                                   DEFENDANT

## ORDER

Before the Court is the parties' joint motion to dismiss (Dkt. No. 6). The parties state that they have resolved this matter, and the motion complies with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court grants the motion (*Id*.). The action is dismissed with prejudice.

It is so ordered this 1st day of June, 2021.

_____
Kristine G. Baker
United States District Judge